■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GASKIN, Appellant.—Judgment unanimously reversed on the law and new trial granted. Memorandum: The judgment must be reversed because the trial court erred in failing to sequester the jury during deliberations (see, CPL 310.10; *People v Coons*, 75 NY2d 796; *People v Smith*, 161 AD2d 1160; *People v Webb*, 161 AD2d 1167). Having so concluded, we need not reach the other issue raised by defendant. (Appeal from judgment of Monroe County Court, Celli, J.—robbery, first degree.) Present—Dillon, P. J., Doerr, Boomer, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY W. BEST, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him, upon a guilty plea, of two counts of driving while intoxicated as a felony. On January 4, 1989, he was sentenced to concurrent terms of 1 to 3 years on each count, and on March 15, 1989, upon the People's motion and over defendant's objection, the court further provided that the sentence would run consecutively to an existing sentence. Defendant argues on appeal that the court lacked the power to correct the sentence, although he acknowledges that it was understood that the current sentence would run consecutively to his previous sentence, and that, in fact, the court waived a $500 fine based in part on that understanding. We find that the court had the inherent power to correct the error (see, *People v Minaya*, 54 NY2d 360, *cert denied* 455 US 1024). (Appeal from judgment of Ontario County Court, Henry, Jr., J.—felony driving while intoxicated.) Present—Callahan, J. P., Denman, Green, Pine and Balio, JJ.

■ THOMAS DAWE et al., Respondents, v NEW YORK STATE ELECTRIC AND GAS CORP. et al., Appellants.—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Niagara County, Koshian, J. (Appeal from order of Supreme Court, Niagara County, Koshian, J.—summary judgment.) Present—Callahan, J. P., Denman, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES RESPRESS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, *People v Crawford*, 71 AD2d 38). (Appeal from judgment of Genesee County Court, Dillon, J.—driving while intoxicated.) Present—Doerr, J. P., Boomer, Lawton, Davis and Lowery, JJ.